UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Nazir Jabali Bey ) | |
| ) | |
| Plaintiff, ) | Case No.1:19-cv-02024 |
| ) | |
| vs. ) | Judge John Z. Lee |
| ) | |
| U.S. Bank National Association, et al. ) | Magistrate Jeffrey Cummings |
| ) | |
| Defendant. ) | |

**U.S. BANK'S NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL**
**RULE 3.2 AND RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

U.S. Bank National Association hereby provides notice, as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, of any parent corporation and any entity owning 5% or more of its stock.

1.  U.S. Bank National Association is a national bank chartered under the National Bank Act and a subsidiary of US Bancorp, a publicly traded company.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted:

By: /s/ Ryan A. Sawyer
*One of their Attorneys*

Douglas R. Sargent (6290671)
*dsargent@lockelord.com*
Ryan A. Sawyer (6293696)
*ryan.sawyer@lockelord.com*
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-1751

## CERTIFICATE OF SERVICE

      I, Ryan A. Sawyer, an attorney, hereby certify that on April 9, 2019, I electronically filed the foregoing *Notification of Affiliates* by using the Court's CM/ECF system, which will serve a copy on all electronic filing participants, and further that I caused a copy to be sent via U.S. Mail to the following individuals:

Nazir Jabali Bey
5733 South Marshfield Avenue
Chicago, Illinois 60636

                                                                          /s/ Ryan A. Sawyer